UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLAIRE W. AVERY,

                Plaintiff,

-vs-                                        Case No. 2:11-cv-134-FtM-29SPC

ALAN ABRAMOWITZ, Executive Director,
STATE OF FLORIDA, Guardian AD Litem
Director, JUSTICE ADMINISTRATIVE
COMMISSION, ALICIA GUERRA, individually,
FRANK PRADO, individually,

                Defendants.
_____

## ORDER

This matter comes before the Court on the Plaintiff, Claire W. Avery's Motion to Complete the Case Management Report with Defendants' Counsel via Telephone (Doc. #36) filed on July 21, 2011. The Plaintiff's Counsel requests permission to appear via telephone at the meeting to prepare the Joint Final Pretrial Statement because she is located in Lee County Florida, while the Defense Counsel is located in Tampa, Florida. Pursuant to M.D. Fla. Local Rule 3.01(g), Counsel for the parties have conferred and agree to the relief requested. As the use of telephonic hearings and conference is encouraged, the Court will grant the motion.

Accordingly, it is now **ORDERED:**

The Plaintiff, Claire W. Avery's Motion to Complete the Case Management Report with Defendants' Counsel via Telephone (Doc. #36) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this  25th  day of July, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record